# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

USA ,

Case No:  **2:24–CR–00091–TLN *SEALED***

v.

# 24-2809-MJ-LOUIS

**CARLOS LUIS VERA LA CRUZ ,**

FILED BY ____MP____ D.C.

Apr 24, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## WARRANT FOR ARREST

**TO:  THE UNITED STATES MARSHAL**
    and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST:   Carlos Luis Vera La Cruz**

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

### Indictment

charging him or her with *(brief description of offense)*

### Conspiracy

in violation of Title       **18**       United States Code, Section(s)       **371**

| V. Licea Chavez | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
|  | **4/19/24           Sacramento, CA** |
| Signature of Issuing Officer | Date and Location |

Bail fixed at    **NO BAIL**           by   **Magistrate Judge Chi Soo Kim**

---

### RETURN

This warrant was received and executed with the arrest of the above–named defendant

| Date Received | Name and Title of Arresting Officer |
|---|---|
| Date of Arrest | Signature of Arresting Officer |

PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED BY _____MP_____ D.C.
Apr 24, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

ORIGINAL FILED
Apr 18, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CARLOS LUIS VERA LA CRUZ, and<br>DANAIL KONSTANTINOV DAMOV,<br><br>　　　　　　　Defendants. | CASE NO.　2:24-cr-0091 TLN<br><br>18 U.S.C. § 371– Conspiracy; 18 U.S.C. § 2113(b) – Bank Larceny; 18 U.S.C. § 1030(a)(4) – Accessing a Protected Computer in Furtherance of Fraud (6 counts); 18 U.S.C. § 1030(a)(4) & (b) – Attempting to Access a Protected Computer in Furtherance of Fraud; 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(B), 1030(i)(1), and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 371 – Conspiracy]

　　The Grand Jury charges:

　　　　CARLOS LUIS VERA LA CRUZ, and
　　　　DANAIL KONSTANTINOV DAMOV,

defendants herein, as follows:

　　　　　　　I.　　INTRODUCTION

　　1.　　VERA LA CRUZ, DAMOV, and others working with them and at their direction and control, engaged in a "jackpotting" conspiracy, wherein they conducted malware attacks on Automated Teller Machines ("ATMs") belonging to banks and credit unions. The members of the conspiracy introduced malware to the ATMs by attaching a foreign device, which, when activated, caused the ATMs to dispense cash directly to members of the conspiracy. Members of the conspiracy typically

1 caused the ATMs to dispense cash until they were depleted.

2. VERA LA CRUZ, DAMOV, and their co-conspirators conducted these jackpotting attacks across the country. In addition to conducting jackpotting attacks in the Eastern District of California, members of the conspiracy conducted jackpotting attacks in Connecticut, Georgia, New York, Pennsylvania, West Virginia, and elsewhere.

## II.   THE CONSPIRACY

3. Beginning no later than on or about April 8, 2023, and continuing to at least on or about February 19, 2024, in the Counties of Shasta and Butte, State and Eastern District of California, and elsewhere, defendants VERA LA CRUZ and DAMOV did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to commit offenses against the United States of America, to wit:

   a. to take and carry away, with intent to steal and purloin, property and money and any other thing of value exceeding $1,000 belonging to, and in the care, custody, control, management, and possession of a bank, credit union, and savings and loan association, in violation of Title 18, United States Code, Section 2113(b);

   b. to knowingly and with the intent to defraud, access a protected computer without authorization and by means of such conduct further the intended fraud and obtain United States currency, in violation of Title 18, United States Code, Section 1030(a)(4).

## III.   MANNER AND MEANS

In furtherance of the conspiracy, VERA LA CRUZ and DAMOV employed, among others, the following manner and means:

4. VERA LA CRUZ, DAMOV, and others working with them and at their direction and control, typically began a jackpotting attack by first removing the covering or housing of an ATM belonging to a bank, credit union, and savings and loan association, as defined in 18 U.S.C. § 2113(f)-(h), thereby exposing the internal components, and then introducing malware to the ATM via a foreign device.

5. Once the foreign device was attached and the ATM had been infected with the malware, VERA LA CRUZ, DAMOV, and others working with them and at their direction and control, typically

activated the malware and caused the ATM to dispense cash without linking the withdrawals to a valid customer account.

6. After obtaining U.S. currency from the ATM, VERA LA CRUZ, DAMOV, and others working with them and at their direction and control, typically retrieved the foreign device.

7. As a result of the scheme, VERA LA CRUZ, DAMOV, and others working with them and at their direction and control, obtained more than approximately $2.6 million.

8. <u>OVERT ACTS</u>

In furtherance of the conspiracy and to accomplish its objects, the following overt acts, among others, were committed in the State and Eastern District of California:

8. On or about June 10, 2023, VERA LA CRUZ and DAMOV opened an ATM belonging to BANK 1, located on Hilltop Drive in Redding, California, and introduced malware via a foreign device. VERA LA CRUZ and DAMOV subsequently activated the malware and caused the ATM to dispense approximately $20,800 in U.S. currency in increments of about $800. VERA LA CRUZ and DAMOV then retrieved the foreign device.

9. On or about June 10, 2023, VERA LA CRUZ and DAMOV opened an ATM belonging to BANK 1, located on Gateway Drive in Anderson, California, and introduced malware via a foreign device. VERA LA CRUZ and DAMOV subsequently activated the malware and caused the ATM to dispense approximately $25,600 in U.S. currency in increments of about $800. VERA LA CRUZ and DAMOV then retrieved the foreign device.

10. On or about June 10, 2023, VERA LA CRUZ and DAMOV opened an ATM belonging to BANK 1, located on South Street in Redding, California, and introduced malware via a foreign device. VERA LA CRUZ and DAMOV were unsuccessful in causing the ATM to dispense U.S. currency. VERA LA CRUZ and DAMOV then retrieved the foreign device.

11. On or about June 10, 2023, VERA LA CRUZ and DAMOV opened an ATM belonging to BANK 1, located on Main Street in Cottonwood, California, and introduced malware via a foreign device. VERA LA CRUZ and DAMOV subsequently activated the malware and caused the ATM to dispense approximately $63,820 in U.S. currency in increments of about $800. VERA LA CRUZ and DAMOV then retrieved the foreign device.

12. On or about June 10, 2023, VERA LA CRUZ and DAMOV opened an ATM belonging to BANK 1, located on East Cyprus Avenue in Redding, California, and introduced malware via a foreign device. VERA LA CRUZ and DAMOV subsequently activated the malware and caused the ATM to dispense approximately $80,800 in U.S. currency in increments of about $800. VERA LA CRUZ and DAMOV then retrieved the foreign device.

13. On or about June 11, 2023, VERA LA CRUZ and DAMOV opened an ATM belonging to BANK 1, located on Pillsbury Road in Chico, California, and introduced malware via a foreign device. VERA LA CRUZ and DAMOV subsequently activated the malware and caused the ATM to dispense approximately $74,400 in U.S. currency in increments of about $800. VERA LA CRUZ and DAMOV then retrieved the foreign device.

14. On or about June 11, 2023, VERA LA CRUZ and DAMOV opened an ATM belonging to BANK 1, located on Mangrove Avenue in Chico, California, and introduced malware via a foreign device. VERA LA CRUZ and DAMOV subsequently activated the malware and caused the ATM to dispense approximately $26,400 in U.S. currency in increments of about $800. VERA LA CRUZ and DAMOV then retrieved the foreign device.

15. BANK 1 is a financial institution serving customers in multiple counties in the State and Eastern District of California. At all times relevant to this indictment, BANK 1 was a member of the Federal Reserve System, was organized and operating under the laws of the United States, and was a bank within the meaning of 18 U.S.C. § 2113(f).

All in violation of Title 18, United States Code, Section 371.

COUNT TWO [18 U.S.C. § 2113(b) – Bank Larceny]

The Grand Jury further charges T H A T:

CARLOS LUIS VERA LA CRUZ, and
DANAIL KONSTANTINOV DAMOV,

defendants herein, on or about June 10 and 11, 2023, in the State and Eastern District of California, did take and carry away, with intent to steal and purloin, property and money and any other thing of value exceeding $1,000 belonging to, and in the care, custody, control, management, and possession of BANK 1, in violation of Title 18, United States Code, Sections 2 and 2113(b).

INDICTMENT                                    4

COUNTS THREE THROUGH EIGHT [18 U.S.C. § 1030(a)(4) – Accessing a Protected Computer in Furtherance of Fraud]

The Grand Jury further charges T H A T:

CARLOS LUIS VERA LA CRUZ, and
DANAIL KONSTANTINOV DAMOV,

defendants herein, on or about the dates set forth below, in the State and Eastern District of California, did knowingly and with the intent to defraud, access a protected computer without authorization and by means of such conduct further the intended fraud and obtain United States currency, as specified below:

| Count | On or About Date | Description of Protected Computer |
|---|---|---|
| 3 | June 10, 2023 | An ATM belonging to BANK 1, located on Hilltop Drive in Redding, California. |
| 4 | June 10, 2023 | An ATM belonging to BANK 1, located Gateway Drive in Anderson, California. |
| 5 | June 10, 2023 | An ATM belonging to BANK 1, located on Main Street in Cottonwood, California. |
| 6 | June 10, 2023 | An ATM belonging to BANK 1, located on East Cyprus Avenue in Redding, California. |
| 7 | June 11, 2023 | An ATM belonging to BANK 1, located on Pillsbury Road in Chico, California. |
| 8 | June 11, 2023 | An ATM belonging to BANK 1, located on Mangrove Avenue in Chico, California. |

All in violation of Title 18, United States Code, Sections 2 and 1030(a)(4).

COUNT NINE [18 U.S.C. § 1030(a)(4) & (b) – Attempted Access of a Protected Computer in Furtherance of Fraud]

The Grand Jury further charges T H A T:

CARLOS LUIS VERA LA CRUZ, and
DANAIL KONSTANTINOV DAMOV,

defendants herein, on or about June 10, 2023, in the State and Eastern District of California, did knowingly and with the intent to defraud, attempt to access a protected computer without authorization and by means of such conduct attempted to further the intended fraud and obtain United States currency, to wit: an ATM belonging to BANK 1, located on South Street in Redding, California, in violation of Title 18, United States Code, Sections 2 and 1030(a)(4) & (b).

///

///

INDICTMENT                                   5

FORFEITURE ALLEGATION: [18 U.S.C. §§ 981(a)(1)(C), 982(a)(2), 1030(i)(1), and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, defendants CARLOS LUIS VERA LA CRUZ and DANAIL KONSTANTINOV DAMOV shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all property, real and personal, which constitutes or is derived from proceeds traceable to such violations, including but not limited to, the following:

   a. A sum of money equal to the total amount of proceeds traceable to such offenses, for which defendants are convicted.

2. Upon conviction of one or more of the offenses alleged in Counts Three through Nine of this Indictment, defendants CARLOS LUIS VERA LA CRUZ and DANAIL KONSTANTINOV DAMOV shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting or derived from proceeds obtained directly or indirectly, as a result of said violations, including but not limited to:

   a. A sum of money equal to the amount of proceeds obtained directly or indirectly, as a result of such offenses, for which defendants are convicted.

3. Upon conviction of one or more of the offenses alleged in Counts Three through Nine of this Indictment, defendants CARLOS LUIS VERA LA CRUZ and DANAIL KONSTANTINOV DAMOV shall forfeit to the United States, pursuant to 18 U.S.C. § 1030(i)(1), any personal property used or intended to be used to commit or to facilitate the commission of the offenses.

4. If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Nine of this Indictment, for which defendants are convicted:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or

///

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants, up to the value of the property subject to forfeiture.

A TRUE BILL.

███████████████
FOREPERSON

*[signature]*
PHILLIP A. TALBERT
United States Attorney

INDICTMENT 7